UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILLYAN SCHAUB,
    Plaintiff,

                                                Case No. 1:18-CV-05
v.                                                Honorable Robert J. Jonker

MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,
    Defendant.

_____

## **STIPULATION AND ORDER OF DISMISSAL**

NOW COME the parties, by and through their respective counsels, and stipulate to the dismissal of the above-captioned action, with prejudice and without costs or attorney's fees to either party.

Dated: October 12, 2018                          Respectfully submitted,

By: /s/ Gary D. Nitzkin                         By: /s/ Charity A. Olson
GARY D. NITZKIN (P41155)                CHARITY A. OLSON (P68295)
CREDIT REPAIR LAWYERS OF AMERICA   VARNUM LLP
Attorneys for Plaintiff                             Attorneys for Defendant
22142 West Nine Mile Road                   300 N. 5th Ave., Suite 203
Southfield, Michigan 48033                  Ann Arbor, MI 48104
(248) 353-2882                                     (734) 372-2914
gary@crlam.com                                 caolson@varnumlaw.com

        IT IS SO ORDERED.

Dated:   October 12, 2018                     /s/ Robert J. Jonker
                                                           Hon. Robert J. Jonker
                                                           United States District Judge